Decided November 8, 2000

RONALD JOHNSON *v.* COMMISSIONER OF
CORRECTION

The petitioner Ronald Johnson's petition for certification for appeal from the Appellate Court, 60 Conn. App. 1 (AC 19394), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Adele V. Patterson,* deputy assistant public defender, in support of the petition.

*Steven R. Strom,* assistant attorney general, in opposition.

Decided November 8, 2000

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.